**FILED**
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 07 MJ 8930 |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 8, U.S.C., § 1326 |
| Martin GUZMAN-Hernandez | ) | Deported Alien Found in the United States (Felony) |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

That on or about November 7, 2007, within the Southern District of California, defendant Martin GUZMAN-Hernandez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
MARCO A. MIRANDA
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15TH DAY OF NOVEMBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Martin GUZMAN-Hernandez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending U. S. Border Patrol Agent Jeffery W. Schwer. Martin GUZMAN-Hernandez was found and arrested on or about November 7, 2007, approximately 29 miles west of the Calexico, California Port of Entry.

BPA Schwer was performing his Border Patrol operations when he encountered GUZMAN who had crossed the International boundary. BPA Schwer identified himself as a United States Border Patrol Agent and questioned GUZMAN as to his immigration status. GUZMAN admitted to being a citizen and national of Mexico illegally in the United States. GUZMAN was placed under arrested.

Records checks revealed GUZMAN was previously deported by an Immigration Judge on May 13, 1998, through the San Ysidro, CA Port of Entry. Records checks also revealed GUZMAN has a criminal record.

GUZMAN was advised of his rights per Miranda by BPA Morales and witnessed by BPA Benavides. GUZMAN stated he entered the United States illegally by walking through the mountains near Tecate, Baja California, Mexico. GUZMAN stated he intended to go to San Diego, California.

There is no evidence that the defendant received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States.

Guzman was turned over to the Imperial County Sheriff's office pending burglary investigation.